Tax Review Board *v.* Weiner, Appellant.

Argued March 21, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, and WATKINS, JJ. (ERVIN, J., absent).

*Abraham Weiner,* appellant, in propria persona.

*Karl I. Schofield,* Assistant City Solicitor, with him *James L. J. Pie,* Assistant City Solicitor, and *David Berger,* City Solicitor, for appellee.

OPINION PER CURIAM, April 16, 1958:

The order of the court below is affirmed on the opinion of President Judge BOK of the Court of Common Pleas No. 6, Philadelphia County, as reported in 11 Pa. D. & C. 2d 733.